454 A.2d 180

Commonwealth v. Trygar, Appellant.
Petition for Allowance of Appeal
Denied May 4, 1983.

642

Submitted February 18, 1982. John Joseph Mercuri, Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence is affirmed.